UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                            Criminal No. 10-cr-38-JD

Scott Drohan

## RESTITUTION ORDER

Pursuant to the agreement of the parties, the court orders restitution in this case as follows:

    (1) The defendant shall pay restitution to Brian Roy in the amount of $76,850.55 to compensate Roy for: (a) the $7,146.89 payment Roy made to the IRS using his own money, (b) payments totaling $14,522.36 the defendant failed to make to the Massachusetts Department of Revenue on behalf of the trucking company, and (c) estimated insurance premium payments totaling $55,181.30 that the trucking company deposited to the Juskel account which the defendant failed to use to purchase workers' compensation insurance for the trucking company's employees.

    (2) The defendant shall also pay restitution to the Trust Fund and to Roy (to extent of his payments to the Trust Fund) in an amount that is equal to workers' compensation benefits the Trust Fund pays to Skelton for the job-related injuries he sustained on January 8, 2005, minus

the amount of money, if any, the Trust Fund is reimbursed by St. Paul's Fire and Marine Insurance Company on behalf of the trucking company.

The addresses to which restitution payments should be mailed are identified in an attachment to document 51, "Exhibit A," which is sealed.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

January 11, 2012

cc: Robert M. Kinsella, Esquire
    Jeffrey S. Levin, Esquire